**GARIBIAN LAW OFFICES, P.C.**
Antranig N. Garibian, Esq., PA Attorney ID No. 94538
1800 John F. Kennedy Boulevard, Suite 300
Philadelphia, PA 19103
Telephone: (215) 326-9179
ag@garibianlaw.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDSEY KLOBCHAR, <br><br> Plaintiff, <br><br> vs. <br><br><br> ABILITY RECOVERY SERVICES, <br><br> Defendant. | ) <br> ) Case No. 2:16-cv-02439-AB <br> ) <br> ) <br> ) **NOTICE OF SETTLEMENT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff requests that the Court enter a conditional dismissal order pursuant to Local Rule 41.1(b) pending full performance of the settlement terms and subsequent filing of the dismissal of the case with prejudice.

                        Respectfully Submitted,

                        /s/ Antranig Garibian
                        Antranig Garibian, Esq.
                        PA Bar No. 94538
                        Garibian Law Offices P.C.
                        1800 John F. Kennedy Boulevard, Suite 300
                        Philadelphia, PA 19103
                        Telephone: (215) 326-9179
                        ag@garibianlaw.com
                        *Attorney for Plaintiff*