# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDSEY KLOBCHAR, | : | |
| Plaintiff. | : | CIVIL ACTION |
| | : | No. 16-CV-2439 |
| v. | : | |
| | : | |
| ABILITY RECOVERY SERVICES, | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 3rd day of November, 2016, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is dismissed with prejudice, pursuant to agreement of counsel, without costs.[1]

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                    Copies **MAILED** on _____ to:

---

[1] As noted in Local Rule 41.1(b), "any such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal."